NUMBER 13-04-319-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE JOHN SPURLOCK 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion

         Relator, John Spurlock, filed a petition for writ of mandamus in the above cause
on June 28, 2004. The Court, having examined and fully considered the petition for
writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R.
App. P. 52.8. 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 9th day of July, 2004.